# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00596-CV

**Laura Annie Cathey and Paul C. Cathey, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 217,860-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Laura Annie Cathey and Paul C. Cathey assert that they received notice of the signed judgment more than twenty but less than ninety days after the judgment was signed. They assert that their request for findings of fact and conclusions of law was denied as untimely based on the date that the judgment was signed rather than the date on which they received notice that the judgment had been signed. They contend that findings of fact and conclusions of law are necessary to the presentation of the appeal and this Court's review of it.

We abate this appeal and remand to the trial court to determine when appellants received notice of the signing of the judgment. *See* Tex. R. Civ. P. 306a. If the trial court determines that appellants first had notice of the signing of the judgment at a time that renders their request for findings of fact and conclusions of law timely, the trial court shall make findings

of fact and conclusions of law.  The trial court shall cause a supplemental clerk's record containing its determination of the date appellants first had notice that the court signed the judgment, together with any findings of fact and conclusions of law made.  If either party wishes to challenge the determination regarding the date of notice, that party may request that a reporter's record of the hearing, if any, be prepared and filed with this Court.

Before Chief Justice Jones, Justices Pemberton and Waldrop

Abated

Filed:   January 28, 2010

2